No. 16-10657

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

JANET JABRANI, *et al.*,
     *Appellants,*

v.

EVERBANK, N.A., *et al.*,
     *Defendant-Appellees.*

On Appeal from the United States District Court
For the Southern District of Florida, No. 1:14-cv-22264-BB

**UNOPPOSED MOTION TO DISMISS APPEAL WITH PREJUDICE**

        BANDAS LAW FIRM, PC
        Christopher A. Bandas
        500 N. Shoreline Blvd., Suite 1020
        Corpus Christi, TX  78401
        (361) 698-5200

        *Attorneys for Appellants Janet Jabrani and Amirali Jabrani*

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to 11th Circuit Rule 26.1, appellants Janet Jabrani and Amirali Jabrani submit this Certificate of Interested Persons and Corporate Disclosure Statement.

Incorporated by reference are all other certificates of interested persons and corporate disclosure statements filed by other parties to this appeal.

Appellants disclose the following potentially interested parties and law firms:

1. American Security Insurance Company

2. Bandas Law Firm, P.C.
   (Bandas Law Firm, P.C. is a professional corporation of lawyers and organized under the law of Texas.)

3. Carlton, Fields, Jorden, Burt, P.A.

4. EverBank Financial Corp
   (NYSE: Symbol "EVER")

5. Everhome Mortgage

6. Giskan, Solotaroff, Anderson & Stewart

7. Harke, Clasby & Bushman, LLP

8. Holland, Groves, Schneller & Stolze, LLC

9. Jabrani, Amirali

10. Jabrani, Janet

11. Kozyak, Tropin & Throckmorton, P.A.

12. K & L Gates, LLP

13. Lavalle, Brown & Ronan, P.A.

14. Margery E. Golant, P.A.

15. Podhurst, Orseck, P.A.

16. Roosevelt N. Nesmith, LLC

17. Searcy, Denney, Scarola, Barnhart & Shipley

18. Standard Guaranty Insurance Company

19. The Law Offices of Jeffrey N. Golant, P.A.

20. Voyager Indemnity Insurance Company

21. Hon. Beth Bloom, United States District Judge

22. Hon. Alicia O. Valle, Magistrate Judge

/s/ *Christopher A. Bandas*
Christopher A. Bandas

Pursuant to FRAP 42(b), Objector-Appellants Amirali Jabrani and Janet Jabrani hereby move to dismiss their appeal (No. 16-10657) with prejudice. Each party shall bear its own costs. All Appellees consent to this motion.

WHEREFORE, Objectors-Appellants Amirali Jabrani and Janet Jabrani respectfully request that the Court enter an order dismissing their appeal with prejudice.

Dated: July 18, 2016     Respectfully submitted,

*/s/ Christopher A. Bandas*
Christopher A. Bandas
Bandas Law Firm, P.C.
500 N. Shoreline Blvd., Suite 1020
Corpus Christi, Texas  78401
Telephone:  (361) 698-5200
Email:  cbandas@bandaslawfirm.com

*Attorneys for Appellants Amirali Jabrani and Janet Jabrani*

## CERTIFICATE OF SERVICE

I hereby certified that on July 18, 2016, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit by using the CM/EFC system and that as a result electronically notice of the filing was served upon all attorneys of record.

Dated: July 18, 2016                                    /s/ Christopher A. Bandas
                                                         Christopher A. Bandas