IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 16-10657-GG

DWIGHT WILSON,
JESUS A. AVELAR-LEMUS,
JESSIE CROSS,
MATTIE CROSS,
on behalf of themselves and all others
similarly situated,

                                                                      Plaintiffs - Appellees,

JANET JABRANI,
AMIRALI JABRANI,

                                                  Interested Parties - Appellants,

versus

EVERBANK, N.A.,
EVERHOME MORTGAGE,
STANDARD GUARANTY INSURANCE COMPANY,
AMERICAN SECURITY INSURANCE COMPANY,
VOYAGER INDEMNITY INSURANCE COMPANY,

                                                  Defendants - Appellees.

Appeal from the United States District Court
for the Southern District of Florida

Before: WILLIAM PRYOR and JORDAN, Circuit Judges.

BY THE COURT:

Appellants' "Unopposed Motion to Dismiss Appeal with Prejudice" is GRANTED.